IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Case no. 7:96-CR-27 (HL) |
| JIM H. ANDREWS, | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on the Plaintiff's Motion for Installment Payment Order (Doc. 10) (the "Motion").

The Defendant in this case pleaded guilty to bank fraud, was sentenced to 13 months of imprisonment followed by five years of supervised release, and was ordered to pay restitution in the amount of $139,180.78 and a $100.00 special assessment.  The Defendant did make some payments, but at the time the Plaintiff filed the Motion the Defendant was no longer paying and there remained over $200,000 owing on the restitution with interest.  The Plaintiff sought to have this Court establish a installment schedule for repayment.

The parties sought to resolve the Motion, with the Defendant making repeated efforts to investigate the Plaintiff's financial affairs in order to determine an appropriate repayment schedule.  The Plaintiff had been keeping this Court apprised of the progress of the case up until mid-2008.

The Plaintiff's last update to this Court indicated that the Defendant may have been willing to pay the claim in full, but had not yet done so. Additionally, the Plaintiff sought additional financial information from the Defendant.

    This Court has not heard from the parties on this case since the last update and the case has not progressed.  The Plaintiff is hereby ordered to provide an update to this Court by Wednesday, April 7, 2010, regarding the status of this case and what action, if any, this Court should take with regard to this case.

    **SO ORDERED**, this the 30th day of March, 2010.

    ***s/ Hugh Lawson***
    HUGH LAWSON, Senior Judge

jch